# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00588-CV

**Gavurnik Builders, L.P., Appellant**

**v.**

**John A. Darling, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
## NO. D-1-GN-06-002574, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gavurnik Builders, L.P. and appellee John A. Darling have entered into a settlement agreement and have filed an agreed motion to stay this appeal. We grant the motion and abate this appeal until January 29, 2007.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   November 30, 2006